IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TOLLIVER A. WHITE, : | |
|     Plaintiff : | |
| : | |
| v. : | CIVIL NO. AMD 06-747 |
| : | |
| MAYOR AND CITY COUNCIL OF : | |
| BALTIMORE CITY, : | |
|     Defendant : | |

...o0o...

MEMORANDUM OPINION

Plaintiff Tolliver A. White has here asserted claims of employment discrimination under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213, 42 U.S.C. § 1983, and state law against his former employer, Mayor and City Council of Baltimore City. Plaintiff's claims arise out of his failure to obtain recertification as a commercial vehicle operator and his further failure to qualify for other employment. He was terminated for these as well as for disciplinary reasons.

Discovery has concluded and now pending is defendant's unopposed motion for summary judgment. Defendant's motion, accompanied by 19 exhibits, amply demonstrates that plaintiff was not the victim of unlawful discrimination of any sort and that defendant is entitled to judgment as a matter of law. Accordingly, the motion for summary judgment shall be granted. An order follows.

Filed: May 7, 2007                                                             /s/
                                                                                         ANDRE M. DAVIS
                                                                                         UNITED STATES DISTRICT JUDGE